**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 08-cr-00105-EWN-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  FERNANDO GARCIA-PANTOJA,
       a/k/a "Sarafed Garcia-Garcia,"

    Defendant.

---

**ORDER GRANTING MOTION TO DISMISS COUNT ONE OF
THE INDICTMENT AS TO DEFENDANT GARCIA-PANTOJA**

---

      **THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

      **ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

      Therefore, Count One of the Indictment is hereby **DISMISSED** as to this defendant.

      **DONE AND ORDERED** this 12th day of September, 2008,

                        BY THE COURT:


                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        CHIEF UNITED STATES DISTRICT JUDGE