IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00105-JLK**

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.

**1. FERNANDO GARCIA-PANTOJA,**

   Defendant.

---

# ORDER

---

Kane, J.

  This matter is before me on Defendant's Motion for Adjustment of Sentence (Doc. #48), filed October 15, 2008. Having carefully considered the Motion and the Government's response, and all applicable legal authorities, and being fully advised in the premises, I rule as follows:

  Because Defendant's motion is not a direct appeal or collateral attack under 28 U.S.C. § 2255, "the viability of his motion depends entirely on 18 U.S.C. § 3582(c)." *United States v. Smartt*, 129 F.3d 539, 540 (10th Cir. 1997) (internal citation and quotation omitted). Section 3582(c) provides that "a court may not modify a term of imprisonment once it has been imposed except" in three limited circumstances. Here, Defendant seeks an adjustment of his sentence based on 18 U.S.C. § 3553(b) and U.S.S.G. § 5k2.0(a)(2)(B). Neither provides an allowable basis for modification of a previously imposed sentence under section 3582(c). *See Smartt*, 129 F.3d at 541-42.

Accordingly, I lack jurisdiction under 18 U.S.C. § 3582(c) to consider Defendant's request for modification of his sentence. Defendant's Motion for Adjustment of Sentence is, therefore, DENIED.

Dated this 18th day of November, 2008.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court