IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-01264-JLK
Criminal Action No. 08-cr-00105-JLK

UNITED STATES OF AMERICA,

v.

1.  FERNANDO GARCIA-PANTOJA,

    Movant.

---

### ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before <u>July 6, 2009</u>, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: June 5, 2009

BY THE COURT:

***s/John L. Kane***
John L. Kane, Senior District Judge
United States District Court